**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GRUMPY CAT LIMITED, ) | |
| ) | Case No. 24-cv-2317 |
| Plaintiff, ) | |
| ) | |
| ) | Judge Martha M. Pacold |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CLAIMS INVOLVING TRADEMARK**

Pursuant to 15 U.S.C §1116(c) and Local Rule 3.4, Plaintiff GRUMPY CAT LIMITED provides the following notice of claims involving trademark:

1. Names/Addresses of Litigants:

    Grumpy Cat Limited
    c/o KIA KAMRAN P.C.
    1900 Avenue of the Stars
    25th Floor
    Los Angeles, CA 90067-4301


    Defendants – unknown.


2. U.S. trademark registrations upon which suit has been brought:

    U.S. Reg. No. 4,907,212
    Mark: GRUMPY CAT
    Goods: Int'l. Class 16.  For albums for stickers; blank journal books; blank journals; blank writing journals; books in the field of comedy; boxes of cardboard or paper; brag books; bumper stickers; coffee table books featuring comedy; coloring books; comic books; composition books; decals; envelopes; gift bags; gift boxes; gift wrap paper; gift wrapping paper; giftwrapping paper; memory books; mini photo albums; note books; paper bows for gift wrap; paper gift bags; paper gift tags; paper gift wrap;

paper gift wrap bows; paper gift wrapping ribbons; paper napkins; photo albums; photograph albums; photographic albums; picture books; plastic gift wrap; plastic pages for holding collectible cards; trading cards; photographs; removable tattoo transfers; scrapbooks; scrapbook albums; series of fiction books; series of fiction works; namely, novels and books; series of non-fiction books in the field of comedy; sketch books; sticker albums; stickers; stickers and sticker albums; story books; table napkins of paper; temporary tattoo transfers; tissue paper; wrapping paper.

U.S. Reg. No. 5,516,378
Mark: GRUMPPUCCINO
Goods: Int'l. Class 30. Coffee-based beverage containing milk.

U.S. Reg. No. 4,820,434
Logo
Goods: Int'l. Class 9. For protective covers and cases for cell phones, laptops, tablet computers and media players; mouse pads; decorative magnets, refrigerator magnets.

Int'l. Class 21. For merchandise, namely, mugs, coffee mugs, porcelain mugs, beer mugs, beer steins, travel mugs, commuter mugs, mugs not of precious metal, coffee cups, tea cups, coasters not of paper and not being table linen.

Int'l. Class 25. For Clothing, namely, T-shirts, shirts, long-sleeved shirts, polo shirts, sweatshirts, hoodies.

Int'l. Class 28. For playing cards.

U.S. Reg. No. 4,417,549
Mark: GRUMPY CAT
Goods: Int'l. Class 9. For protective covers and cases for cell phones, laptops, tablet computers and media players; mouse pads; decorative magnets, refrigerator magnets; digital materials, namely, downloadable video files featuring comedy; computer application software for mobile phones, namely, software for games and distributing images, videos and information.

Int'l. Class 16. For paper goods, namely, posters, art prints, note cards, greeting cards, Christmas cards, playing cards, postcards, postage stamps, calendars.

Int'l. Class 21. For merchandise, namely, mugs, coffee mugs, porcelain mugs, beer mugs, beer steins, travel mugs, commuter mugs, mugs not of precious metal, coffee cups, tea cups, coasters not of paper and not being table linen.

Int'l. Class 25. For clothing, namely, T-shirts, shirts, long-sleeved shirts, polo shirts, sweatshirts, hoodies.

Int'l. Class 41. For entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and prose presentations in the field of comedy.

U.S. Reg. No. 4,672,289
Mark: GRUMPY CAT
Goods: Int'l. Class 28. For stuffed and plush toys, action figures, dolls and toy animals, all based on a real cat that is an Internet meme.

U.S. Reg. No. 5,073,528
Logo
Goods: Int'l. Class 30. For coffee and tea.

U.S. Reg. No. 4,527,097
Mark: GRUMPY CAT
Goods: Int'l. Class 30. For coffee and tea.

U.S. Reg. No. 4,930,286
Logo
Goods: Int'l. Class 31. For food for animals; pet food; pet treats.

U.S. Reg. No. 4,907,213
Mark: GRUMPY CAT
Goods: Int'l. Class 31. For food for animals; pet food; pet treats.

                        Respectfully submitted,

Dated: March 21, 2024

                    By:    s/Michael A. Hierl
                          Michael A. Hierl (Bar No. 3128021)
                          William B. Kalbac (Bar No. 6301771)
                          Robert P. McMurray (Bar No. 6324332)
                          John Wilson (Bar No. 6341294)
                          Hughes Socol Piers Resnick & Dym, Ltd.
                          Three First National Plaza
                          70 W. Madison Street, Suite 4000
                          Chicago, Illinois 60602
                          (312) 580-0100 Telephone
                          (312) 580-1994 Facsimile
                          mhierl@hsplegal.com
                          Attorneys for Plaintiff
                          Grumpy Cat Limited

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Notice of Claims Involving Trademarks was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 21, 2024.

                    s/Michael A. Hierl