# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | choc_739 |
| 2 | danafon63 |
| 3 | dilpadu0 |
| 4 | isurind_87 |
| 5 | kamalhetiy37 |
| 6 | mahimaa_67 |
| 7 | marniko.da3ea |
| 8 | montering-08 |
| 9 | naveens0 |
| 10 | prassooryaw_0 |
| 11 | ritper_64 |
| 12 | sanchu-8 |
| 13 | tiefgang23 |
| 14 | waldemagra-0 |
| 15 | wilicaut1996 |
| 16 | zannam-49 |
| 17 | Anh Hoai Shop |
| 18 | Cam Store 1 |
| 19 | DNH0606 |
| 20 | GenXie |
| 21 | haikouliuyangnawangluokejiyouxiangongsi |
| 22 | Hiep Store 1 |
| 23 | highhopee |
| 24 | HuongBT Shop |
| 25 | LA HOANG HA |
| 26 | Ledong Haoshi Trading Co., Ltd |
| 27 | luanda home |
| 28 | phucshop1 |
| 29 | Quangthanh Shop |
| 30 | Ruouthigil |
| 31 | Stillarkvs |
| 32 | T BACH SHOP |
| 33 | taianzhiyuanhumaoyiyouxiangongsi |
| 34 | Thanhchung Shop |
| 35 | VuongStore1 |
| 36 | yuanzhouquhuitianrebaihuodian |
| 37 | YuNuoWangLuoKeJi |
| 38 | AINIFU |
| 39 | Shenzhen Hongji supply chain Co., LTD |
| 40 | KIKIO |

# Schedule A

| | |
|---|---|
| 41 | Qi Xun Ha Beauty Co,. ltd |
| 42 | Redempion |
| 43 | savreiony |
| 44 | Yy' choice Co.Ltd |
| 45 | aaj545 |
| 46 | aurelievanessa-21 |
| 47 | buiduyviet |
| 48 | caopindhky0 |
| 49 | cllothingyuelu |
| 50 | crazyb-60 |
| 51 | dailyappealing |
| 52 | Dressclub |
| 53 | ersoek-0 |
| 54 | evyglobal_shop |
| 55 | fengfeng761219-0 |
| 56 | fujistorejp |
| 57 | gua1478 |
| 58 | japan_atmarket |
| 59 | jinapa-0 |
| 60 | lifebystyle |
| 61 | lored1944.ou |
| 62 | marcusshelley2015 |
| 63 | meihuxi_0 |
| 64 | michael19730519 |
| 65 | mysoulandspiritstore |
| 66 | nadubandar0 |
| 67 | nethouseamz |
| 68 | nm_mart |
| 69 | nyalek20152 |
| 70 | pamoeletech |
| 71 | patrick-6957 |
| 72 | pavani_store |
| 73 | samuraisoul142142 |
| 74 | the-luxed |
| 75 | thi_3183 |
| 76 | totallycasa |
| 77 | whiteunicornstore |
| 78 | willemate |
| 79 | women-art-shop |
| 80 | yethe1971_87 |
| 81 | 2reasons |

# Schedule A

| | |
|---|---|
| 82 | A Good Time |
| 83 | Aigori |
| 84 | AKIN AKINCI |
| 85 | An International Trade |
| 86 | Bee Family Gift |
| 87 | BeiKeCHang |
| 88 | BILAL UCAR |
| 89 | bingxqiso |
| 90 | binzhouqufuziyibaihuodian |
| 91 | Bright Wishes |
| 92 | BUTTERFLYPINK |
| 93 | Bzybel |
| 94 | Cabbage shop |
| 95 | caoliegang1999 |
| 96 | CHAU BAO AN |
| 97 | chenhongjun520 |
| 98 | CHENXIANGGUIMAIYIFU |
| 99 | Chris Art |
| 100 | Cold Frog |
| 101 | Crazy&Kate |
| 102 | Create sporting goods store |
| 103 | CreativeHarborCo |
| 104 | DamTma |
| 105 | dubi trading co., ltd. |
| 106 | EDENKARD |
| 107 | enmoo |
| 108 | erfeer |
| 109 | Family Flower Tee |
| 110 | FISNAE |
| 111 | FKZ Store |
| 112 | forceme |
| 113 | GiftGoGo |
| 114 | Guangzhou Huijun Trading Co., Ltd. |
| 115 | guangzhoushifenyoushangmaoyouxiangongsi |
| 116 | guangzhouwuxiangshangmaffffffffffff |
| 117 | GULSUM OAK |
| 118 | gyinxianhanmuxinshangmao |
| 119 | Handmade Customized Gifts |
| 120 | HDXQBKJ |
| 121 | headlong |
| 122 | hefeicoushengdianzishangwuyouxiangongsi |

# Schedule A

| | |
|---|---|
| 123 | HKDHVK |
| 124 | HNTShop |
| 125 | Holy Spirit |
| 126 | how old 123 |
| 127 | HSONGHUA |
| 128 | huangzhiyuanquanzhushangmao |
| 129 | Huishangmaomi |
| 130 | hutingbin |
| 131 | Ideas-World Art |
| 132 | Inmindhouse-US |
| 133 | Jackim Song |
| 134 | Jair wall art |
| 135 | Japan E-trade Online |
| 136 | jianghanshangmaoyouxiangongsi |
| 137 | Jiangtian Co., Ltd. |
| 138 | JiaXin ShouNan |
| 139 | JingMenShiDongBaoQuLaoChaoBaiHuoDian |
| 140 | Julianne-US |
| 141 | Kapzon |
| 142 | KIXKOKK |
| 143 | KLPOD World |
| 144 | KnowStore |
| 145 | KUBRA SEKER |
| 146 | Lana J Garner |
| 147 | LICOMERCE STORES |
| 148 | lin li er |
| 149 | Lin Loh |
| 150 | LiNanNanMaoWeiRenNanMeng |
| 151 | LinChiYanxiaodian |
| 152 | lisonyin |
| 153 | LIVE,Inc. |
| 154 | Lounge.Store |
| 155 | LynaRei |
| 156 | MissDaisy-Direct |
| 157 | Moqing |
| 158 | niuqianbaihuo |
| 159 | NKBOT |
| 160 | NO WHY |
| 161 | NTACAN STORE |
| 162 | NTL Craft Store |
| 163 | PeanutGoInc |

# Schedule A

| | |
|---|---|
| 164 | Ping Pong |
| 165 | Premages |
| 166 | putianchengxiangquzahangxinbaihuoshanghang |
| 167 | putianlichengxiangjuyuemaoyiyou xiangong |
| 168 | putianshichengxiangquyueshuchangtuwenguanggaoshi |
| 169 | Qingsec |
| 170 | Qiongfei |
| 171 | qionghaimianyangshangmaoyouxiangongsi |
| 172 | qionghaizhouxiaxiwangluokejiyouxiangongsi |
| 173 | qiuhuidianpu |
| 174 | QiYunShan07 |
| 175 | RETRO BUZZ |
| 176 | Rizhao Changteng Electronic Commerce Co., Ltd. |
| 177 | SanJiangKouZhenZhuYaXiangJiaDianJingYingBu |
| 178 | SF-TIN |
| 179 | shanxigemawangluokejiyouxiangongsi |
| 180 | shenzhenaitaolejuzhuangshiyouxiangongsi |
| 181 | Shiyues |
| 182 | SHOP page collection |
| 183 | show tuan |
| 184 | shuifuyongbishangmaoyouxiangongsi11 |
| 185 | Sign Emperortin |
| 186 | SIGN UP |
| 187 | SonBeo Shop |
| 188 | songyuanshiningjiangqucaiyanshangmaohang |
| 189 | SONTRANBIASTORE |
| 190 | SOSRUR |
| 191 | SpringWu |
| 192 | SSTSZSDD |
| 193 | SuWu |
| 194 | TAO SIGN |
| 195 | Ten_Force |
| 196 | ThaoPhanPROPT |
| 197 | THS Design |
| 198 | tiny fall |
| 199 | Trang Trang |
| 200 | tranvanloc |
| 201 | TsyTma |
| 202 | Tusstory |
| 203 | u6914824ee32 |
| 204 | uanlu8948 |

# Schedule A

| | |
|---|---|
| 205 | VSS Tees_Store |
| 206 | WeiCaiLianYueSiXinXiKe |
| 207 | Wuhan Pengzhenwen Trading Co., Ltd. |
| 208 | Xiamenchuangxiamimitiyuwenhuayouxiangongsi |
| 209 | xianyoushenhaomaoyiyouxiangongsi |
| 210 | xiaoxianchangchengshangmaoyouxiangongsi |
| 211 | xiaoyafenggeshangmao |
| 212 | XibeiTrading |
| 213 | XL3U |
| 214 | xuexinyu |
| 215 | YANBANGBIN |
| 216 | Yang Xing |
| 217 | yankaixuan123 |
| 218 | YJGFKHGDS |
| 219 | yuanzhouquxianyulinbaihuodian |
| 220 | yuanzhouquyixixiaobaihuodian |
| 221 | yuedengshangboma |
| 222 | yujianming01 |
| 223 | YYJIANYAN |
| 224 | ZeRuiHotLive |
| 225 | zhanghailili |
| 226 | zhangleizhuangshijiancai |
| 227 | zhengdechaobeimeidian |
| 228 | zhijiangshitanchishangmaoyouxiangongsi |
| 229 | ZHNNH® |
| 230 | zhu meng ke |
| 231 | 厚槐贸易有限公司 |
| 232 | 武穴市浏碑商贸 |
| 233 | 玉磊商贸有限公司 |
| 234 | 金嘉客逸星商贸行 |
| 235 | BAIBAIJINGJING |
| 236 | Fancy seller |
| 237 | Fugua Company |
| 238 | Heze Yuankun Co., Ltd. |
| 239 | Hilake Vintage Wardrobe |
| 240 | Huke Industry Co.Ltd |
| 241 | jianjiankangkang |
| 242 | kangmeixingqibei |
| 243 | Kironypik |

# Schedule A

| | |
|---|---|
| 244 | Langle LLC |
| 245 | Magical Rainbow |
| 246 | Martokay |
| 247 | MAYZERO |
| 248 | Neptune Technologies |
| 249 | putiantuoleiduoshangmaoyouxiangongsi |
| 250 | Qinxiaotang |
| 251 | SOTNDA Co. Ltd |
| 252 | STONCEL Home Department Store |
| 253 | Wovilon |

| No | Defendants Online Marketplace |
|---|---|
| 1 | https://www.ebay.com/usr/choc_739 |
| 2 | https://www.ebay.com/str/danafonstore |
| 3 | https://www.ebay.com/str/back2t |
| 4 | https://www.ebay.com/usr/isurind_87 |
| 5 | https://www.ebay.com/usr/kamalhetiy37 |
| 6 | https://www.ebay.com/usr/mahimaa_67 |
| 7 | https://www.ebay.com/str/marnikojs |
| 8 | https://www.ebay.com/str/lowgshirt |
| 9 | https://www.ebay.com/usr/naveens0 |
| 10 | https://www.ebay.com/str/prasslove |
| 11 | https://www.ebay.com/usr/ritper_64 |
| 12 | https://www.ebay.com/usr/sanchu-8 |
| 13 | https://www.ebay.com/str/justatee |
| 14 | https://www.ebay.com/str/xmimi039 |
| 15 | https://www.ebay.com/str/double2tindathouse |
| 16 | https://www.ebay.com/usr/zannam-49 |
| 17 | https://www.amazon.com/sp?ie=UTF8&seller=A1INWFCTS2CM0S&asin=B097G6JP59&ref_=dp_merchant_link |
| 18 | https://www.amazon.com/sp?ie=UTF8&seller=A38MVRNPXEYOEV&asin=B097G6JP59&ref_=dp_merchant_link |
| 19 | https://www.amazon.com/sp?ie=UTF8&seller=A20QPI89R2PLOB&asin=B097G6JP59&ref_=dp_merchant_link |
| 20 | https://www.amazon.com/sp?ie=UTF8&seller=A3SE9F3NS6DSZB&asin=B08W3C18FV&ref_=dp_merchant_link |
| 21 | https://www.amazon.com/sp?ie=UTF8&seller=AAHPPKL8C62S6&asin=B0BLNGHDS1&ref_=dp_merchant_link |

# Schedule A

| | |
|---|---|
| 22 | https://www.amazon.com/sp?ie=UTF8&seller=A3RVZEZ4ABDVPF&asin=B097G6JP59&ref_=dp_merchant_link |
| 23 | https://www.amazon.com/sp?ie=UTF8&seller=A27ZFZ0OQ4Q07V&asin=B0CGVC9WR1&ref_=dp_merchant_link |
| 24 | https://www.amazon.com/sp?ie=UTF8&seller=A1R49SUQLLADEU&asin=B097G6JP59&ref_=dp_merchant_link |
| 25 | https://www.amazon.com/sp?ie=UTF8&seller=A2HC67RBT9L1Y3&asin=B097G6JP59&ref_=dp_merchant_link |
| 26 | https://www.amazon.com/sp?ie=UTF8&seller=A2X1ZZKGZ018F5&asin=B0C1SBTPSL&ref_=dp_merchant_link |
| 27 | https://www.amazon.com/sp?ie=UTF8&seller=A3EN5A6742Z5WA&asin=B097G6JP59&ref_=dp_merchant_link |
| 28 | https://www.amazon.com/sp?ie=UTF8&seller=A2D7X88TDMN8F8&asin=B097G6JP59&ref_=dp_merchant_link |
| 29 | https://www.amazon.com/sp?ie=UTF8&seller=A1XNXUHIWES3ZS&asin=B097G6JP59&ref_=dp_merchant_link |
| 30 | https://www.amazon.com/sp?ie=UTF8&seller=AK6LVILID6CY9&asin=B0BRSDGWDL&ref_=dp_merchant_link |
| 31 | https://www.amazon.com/sp?ie=UTF8&seller=A3DAFD82DEVR5E&asin=B0BRSDGWDL&ref_=dp_merchant_link |
| 32 | https://www.amazon.com/sp?ie=UTF8&seller=AOQ2YV2JWZ9Z6&asin=B097G6JP59&ref_=dp_merchant_link |
| 33 | https://www.amazon.com/sp?ie=UTF8&seller=A1ANHDBK0TN4A&asin=B0BZ78WKVF&ref_=dp_merchant_link |
| 34 | https://www.amazon.com/sp?ie=UTF8&seller=A19JS2QV1RD2C9&asin=B097G6JP59&ref_=dp_merchant_link |
| 35 | https://www.amazon.com/sp?ie=UTF8&seller=AUQV6C0RGSNT7&asin=B097G6JP59&ref_=dp_merchant_link |
| 36 | https://www.amazon.com/sp?ie=UTF8&seller=A1QT02ECJ3FY4S&asin=B0BLNGHDS1&ref_=dp_merchant_link |
| 37 | https://www.amazon.com/sp?ie=UTF8&seller=A1EZ3GJRU3LB80&asin=B08W3C18FV&ref_=dp_merchant_link |
| 38 | https://www.walmart.com/seller/101199765 |
| 39 | https://www.walmart.com/seller/18988 |
| 40 | https://www.walmart.com/seller/101044608 |
| 41 | https://www.walmart.com/seller/101282044 |
| 42 | https://www.walmart.com/seller/101130046 |
| 43 | https://www.walmart.com/seller/101136456 |
| 44 | https://www.walmart.com/seller/101266646 |
| 45 | https://www.ebay.com/usr/aaj545 |
| 46 | https://www.ebay.com/str/loungegallery |
| 47 | https://www.ebay.com/usr/buiduyviet |

# Schedule A

| | |
|---|---|
| 48 | https://www.ebay.com/str/evydayes |
| 49 | https://www.ebay.com/str/ggbom |
| 50 | https://www.ebay.com/str/crazyb60 |
| 51 | https://www.ebay.com/usr/dailyappealing |
| 52 | https://www.ebay.com/str/dressclub |
| 53 | https://www.ebay.com/str/eriktshirtsstore |
| 54 | https://www.ebay.com/str/ph925922 |
| 55 | https://www.ebay.com/str/weforpawspetstoreau |
| 56 | https://www.ebay.com/str/fujistorejp |
| 57 | https://www.ebay.com/usr/gua1478 |
| 58 | https://www.ebay.com/str/japanatmarket |
| 59 | https://www.ebay.com/str/giftforhim |
| 60 | https://www.ebay.com/str/lifebystyle |
| 61 | https://www.ebay.com/str/dlowindahouse |
| 62 | https://www.ebay.com/str/marcusshop |
| 63 | https://www.ebay.com/str/smallmall2017 |
| 64 | https://www.ebay.com/str/lifeenjoy |
| 65 | https://www.ebay.com/str/mysoulandspiritstore |
| 66 | https://www.ebay.com/str/2ndoctt |
| 67 | https://www.ebay.com/str/nethouseamz |
| 68 | https://www.ebay.com/usr/nm_mart |
| 69 | https://www.ebay.com/str/nyalekstore |
| 70 | https://www.ebay.com/str/pamoshop |
| 71 | https://www.ebay.com/str/goldenposter |
| 72 | https://www.ebay.com/usr/pavani_store |
| 73 | https://www.ebay.com/str/samuraisoul142 |
| 74 | https://www.ebay.com/usr/the-luxed |
| 75 | https://www.ebay.com/str/deartstore |
| 76 | https://www.ebay.com/str/totallycasa |
| 77 | https://www.ebay.com/usr/whiteunicornstore |
| 78 | https://www.ebay.com/str/willemate |
| 79 | https://www.ebay.com/str/sihinastore2022 |
| 80 | https://www.ebay.com/str/hiphopnevadie |
| 81 | https://www.amazon.com/sp?ie=UTF8&seller=A3I25VRU81ONFW&asin=B00L3JZ1XI&ref_=dp_merchant_link |
| 82 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A97TUUX1ZENB9&sshmPath= |
| 83 | https://www.amazon.com/sp?ie=UTF8&seller=A12D8QJXQTUYKD&asin=B0BGDXZ5YF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | https://www.amazon.com/sp?ie=UTF8&seller=A1JQMBG4Q21T1S&asin=B0CL5S |

# Schedule A

| | |
|---|---|
| | PTF4&ref_=dp_merchant_link |
| 85 | https://www.amazon.com/sp?ie=UTF8&seller=A13V4NYPBLD5UG&asin=B0BG83ZB7V&ref_=dp_merchant_link |
| 86 | https://www.amazon.com/sp?ie=UTF8&seller=A1RBULFS9B3MVR&asin=B0BFB8XTJD&ref_=dp_merchant_link |
| 87 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AAF4L36BY0RR9&asin=B0CFY8TDDB&ref_=dp_merchant_link |
| 88 | https://www.amazon.com/sp?ie=UTF8&seller=AW5OH6I14CBH8&asin=B0CL5S86TB&ref_=dp_merchant_link |
| 89 | https://www.amazon.com/sp?ie=UTF8&seller=A25KQ0CIKLY064&asin=B0B82G4BLW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 90 | https://www.amazon.com/sp?ie=UTF8&seller=A2QQ15SXFXZCBH&asin=B0CQ8NMY43&ref_=dp_merchant_link |
| 91 | https://www.amazon.com/sp?ie=UTF8&seller=A3INAJA4FF9XOU&asin=B07582DPHK&ref_=dp_merchant_link&isAmazonFulfilled |
| 92 | https://www.amazon.com/sp?ie=UTF8&seller=A2UB5EITG08F54&asin=B0CBSNVGPC&ref_=dp_merchant_link |
| 93 | https://www.amazon.com/sp?ie=UTF8&seller=AL5QVQVOVE2NG&asin=B0B3HMNC5F&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 94 | https://www.amazon.com/sp?ie=UTF8&seller=A2MF37YKZ0DNHP&asin=B0C4GVZCPW&ref_=dp_merchant_link |
| 95 | https://www.amazon.com/sp?ie=UTF8&seller=A29TP2FGDAIVAH&isAmazonFulfilled=1 |
| 96 | https://www.amazon.com/sp?ie=UTF8&seller=A2KJISIUGBHCQG&asin=B0C1PDRCXM&ref_=dp_merchant_link |
| 97 | https://www.amazon.com/sp?ie=UTF8&seller=A3J0NYN6VCRPQW&asin=B09WDCJW1G&ref_=dp_merchant_link |
| 98 | https://www.amazon.com/sp?ie=UTF8&seller=A1KB4W6BGWJLS9&asin=B0C4YM3B2F&ref_=dp_merchant_link |
| 99 | https://www.amazon.com/sp?ie=UTF8&seller=A2M3HGJ5GUU6RT&asin=B09FGMCD9V&ref_=dp_merchant_link |
| 100 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AU9HYNVUEZQ0L&asin=B0BZHVP52T&ref_=dp_merchant_link |
| 101 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3Q35P0C8KJ5S0&asin=B0CNRY12R3&ref_=dp_merchant_link |
| 102 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3HF1UY9MQHDDU&sshmPath= |
| 103 | https://www.amazon.com/sp?ie=UTF8&seller=A2XCREGUK0CAVK&asin=B0CP |

# Schedule A

| | |
|---|---|
| | D1RKVQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 104 | https://www.amazon.com/sp?ie=UTF8&seller=A2BI47A4WKZVAJ&asin=B0CN9FJ81M&ref_=dp_merchant_link |
| 105 | https://www.amazon.com/sp?ie=UTF8&seller=A2186XH5PWFZLG&asin=B0BVZD9Z6W&ref_=dp_merchant_link |
| 106 | https://www.amazon.com/sp?ie=UTF8&seller=A27SURRHYL9TAE&asin=B0CG3HVYR3&ref_=dp_merchant_link |
| 107 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3V823EQVYATII&asin=B0C9JGNVB3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 108 | https://www.amazon.com/sp?ie=UTF8&seller=A2UOIQGDGIEAFX&asin=B0B7C9D1NJ&ref_=dp_merchant_link |
| 109 | https://www.amazon.com/sp?ie=UTF8&seller=A3647MXMLFRM99&asin=B0CNY44J4N&ref_=dp_merchant_link |
| 110 | https://www.amazon.com/sp?ie=UTF8&seller=A3H7UKVAR9LNYI&asin=B0CLTSVX67&ref_=dp_merchant_link |
| 111 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10M6PK1PFW0TM&asin=B0CRHFVBPG&ref_=dp_merchant_link |
| 112 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1L2XHJ0C9AVMX&sshmPath= |
| 113 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A15PSQ3JM4276&asin=B0CH8S2SGP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 114 | https://www.amazon.com/sp?ie=UTF8&seller=ACM9GA0RUZOOW&asin=B0BGS7XY2Z&ref_=dp_merchant_link |
| 115 | https://www.amazon.com/sp?ie=UTF8&seller=A255CUAUTHUTQA&asin=B0CTBQFYJ7&ref_=dp_merchant_link |
| 116 | https://www.amazon.com/sp?ie=UTF8&seller=A13HQRJ7W1LYRM&asin=B0BYSGJD69&ref_=dp_merchant_link |
| 117 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A10VH80QKQE4UO&asin=B0CBNHJ5N8&ref_=dp_merchant_link |
| 118 | https://www.amazon.com/sp?ie=UTF8&seller=A3RQKQFQE8O4Y5&asin=B0BMWL1FTS&ref_=dp_merchant_link |
| 119 | https://www.amazon.com/sp?ie=UTF8&seller=A314EDSF38UCXA&asin=B0CQBYF5N1&ref_=dp_merchant_link |
| 120 | https://www.amazon.com/sp?ie=UTF8&seller=A1K4DNV8A99KWA&asin=B0C32W1J71&ref_=dp_merchant_link |
| 121 | https://www.amazon.com/sp?ie=UTF8&seller=A3PGNWB2GMI9E8&asin=B0CLCV1G4N&ref_=dp_merchant_link |

# Schedule A

| | |
|---|---|
| 122 | https://www.amazon.com/sp?ie=UTF8&seller=A3EE0PQQ2T4W1G&asin=B09VG8ZDF9&ref_=dp_merchant_link |
| 123 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2B0MNPGH31PSF&sshmPath= |
| 124 | https://www.amazon.com/sp?ie=UTF8&seller=A1LP3II7UH4UW6 |
| 125 | https://www.amazon.com/sp?ie=UTF8&seller=A3JAXPAB64TKMG&asin=B0CM95R2YS&ref_=dp_merchant_link |
| 126 | https://www.amazon.com/sp?ie=UTF8&seller=A1GEM4FW39M0P6&asin=B082NLKNNK&ref_=dp_merchant_link |
| 127 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2C9JCGE3XSOJ0&sshmPath= |
| 128 | https://www.amazon.com/sp?ie=UTF8&seller=A1AM9JV1236C7H&asin=B0CQJM9NXX&ref_=dp_merchant_link |
| 129 | https://www.amazon.com/sp?ie=UTF8&seller=A1MP2SI5JOZOA&asin=B0BB941PXS&ref_=dp_merchant_link |
| 130 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3JEW6Y4ZSWYND&sshmPath= |
| 131 | https://www.amazon.com/sp?ie=UTF8&seller=A3952GLU0GXVT&asin=B09JM3M98X&ref_=dp_merchant_link |
| 132 | https://www.amazon.com/sp?ie=UTF8&seller=A2753L0J80I7JA&asin=B0CC1LBCD1&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 133 | https://www.amazon.com/sp?ie=UTF8&seller=A25TNOUWUKBF3J&asin=B0CPWJ7X3F&ref_=dp_merchant_link |
| 134 | https://www.amazon.com/sp?ie=UTF8&seller=A3MVDQX933SCES&asin=B09J2LZB6V&ref_=dp_merchant_link |
| 135 | https://www.amazon.com/sp?ie=UTF8&seller=A1V7DF8B30ARTP&asin=B00J63PIQ8&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 136 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A257XLBSNY3M5P&asin=B0C61BGSJ3&ref_=dp_merchant_link |
| 137 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A23548Y8ZFZ5CK&asin=B0C1S68YWL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 138 | https://www.amazon.com/sp?ie=UTF8&seller=AWFY3U3FMDF9Q&asin=B091P3C76B&ref_=dp_merchant_link |
| 139 | https://www.amazon.com/sp?ie=UTF8&seller=A2X8DI3T0FUT5R&asin=B0BQJ616Q4&ref_=dp_merchant_link |
| 140 | https://www.amazon.com/sp?ie=UTF8&seller=A2MDYDW55DPR1K&asin=B0C1ZP4ZPP&ref_=dp_merchant_link |

## Schedule A

| | |
|---|---|
| 141 | https://www.amazon.com/sp?ie=UTF8&seller=A3LJRXQSJHVJFS&asin=B09WMPDNKB&ref_=dp_merchant_link |
| 142 | https://www.amazon.com/sp?ie=UTF8&seller=A3O8ESX9DG92N8&asin=B0BNDZ4DMJ&ref_=dp_merchant_link |
| 143 | https://www.amazon.com/sp?ie=UTF8&seller=A2TOL5BG3X1WGA&asin=B0BRHYMG4V&ref_=dp_merchant_link |
| 144 | https://www.amazon.com/sp?ie=UTF8&seller=A1UTXY2G11E7Z3&asin=B0C24BK2T6&ref_=dp_merchant_link |
| 145 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2SFY1C1Y57UHK&asin=B0C5W35HF6&ref_=dp_merchant_link |
| 146 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AR72QSILGA75A&sshmPath= |
| 147 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y3RC7MGQMRBF&isAmazonFulfilled=1 |
| 148 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2C7M1RPI4FBAL&sshmPath= |
| 149 | https://www.amazon.com/sp?ie=UTF8&seller=AIHD6D8R911UX&asin=B0C1NF3W1R&ref_=dp_merchant_link |
| 150 | https://www.amazon.com/sp?ie=UTF8&seller=A29PLG9BHZ747K&asin=B0BGSGJ2LD&ref_=dp_merchant_link |
| 151 | https://www.amazon.com/sp?ie=UTF8&seller=A1496XQ7PF01WM&asin=B0BK93H84T&ref_=dp_merchant_link |
| 152 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1Z6ITHY22F7DG&sshmPath= |
| 153 | https://www.amazon.com/sp?ie=UTF8&seller=A1CD3KG8GCD708&asin=B0CFLX39G7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 154 | https://www.amazon.com/sp?ie=UTF8&seller=A2EUM2OVUSCPC6&asin=B0BZQGNQFM&ref_=dp_merchant_link |
| 155 | https://www.amazon.com/sp?ie=UTF8&seller=A38KMU61X9KDPM&asin=B0CMHLJZML&ref_=dp_merchant_link |
| 156 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1PWYUCUC4TXB4&asin=B0CDW421Q4&ref_=dp_merchant_link |
| 157 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A16EY78DH3AHXJ&asin=B0BDMMDRJS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 158 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A14WLXTDC4M0M0&asin=B |

# Schedule A

|     |     |
| --- | --- |
|     | 0BN1CSKHP&ref_=dp_merchant_link |
| 159 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A29P896C9NBSSS&sshmPath= |
| 160 | https://www.amazon.com/sp?ie=UTF8&seller=A29TNRKWD0LATC&asin=B0CKWZRLD7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 161 | https://www.amazon.com/sp?ie=UTF8&seller=AGDSD58PHGDAY&asin=B0C1YM8Q5F&ref_=dp_merchant_link |
| 162 | https://www.amazon.com/sp?ie=UTF8&seller=A2ORFGM8FZ1WP4&asin=B0CLFZPTXM&ref_=dp_merchant_link |
| 163 | https://www.amazon.com/sp?ie=UTF8&seller=A3KI5A35WC4N6Q&asin=B0BN7G6L9T&ref_=dp_merchant_link |
| 164 | https://www.amazon.com/sp?ie=UTF8&seller=A323HZTQMTZ3BF&asin=B0CH6CSC4Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 165 | https://www.amazon.com/sp?ie=UTF8&seller=A2XPIKFZBL6MOC&asin=B09FKT87ND&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 166 | https://www.amazon.com/sp?ie=UTF8&seller=A1XQPV59N085RC&asin=B0BKKMCRG8&ref_=dp_merchant_link |
| 167 | https://www.amazon.com/sp?ie=UTF8&seller=A2NHMG8UX976LZ&asin=B0C28TWNM4&ref_=dp_merchant_link |
| 168 | https://www.amazon.com/sp?ie=UTF8&seller=A5J1B24RZVK6C&asin=B0BHVKTF5H&ref_=dp_merchant_link |
| 169 | https://www.amazon.com/sp?ie=UTF8&seller=A3GJR1L25YLAI3&asin=B09F384Z3C&ref_=dp_merchant_link |
| 170 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1I5YWND77WSOL&asin=B0CCL1SZFL&ref_=dp_merchant_link |
| 171 | https://www.amazon.com/sp?ie=UTF8&seller=A3CPH6JLYUBQU4&asin=B0BKZWCWVK&ref_=dp_merchant_link |
| 172 | https://www.amazon.com/sp?ie=UTF8&seller=A1OXRMV8ITQO15&asin=B0BNGVR69Z&ref_=dp_merchant_link |
| 173 | https://www.amazon.com/sp?ie=UTF8&seller=A11D95TZ4L67XZ&asin=B0BB9X2HDN&ref_=dp_merchant_link |
| 174 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2IRLP538F6XC&asin=B0CKKB7XJC&ref_=dp_merchant_link |
| 175 | https://www.amazon.com/sp?ie=UTF8&seller=A34GFGELV9BM25&asin=B06XXMPGZV&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 176 | https://www.amazon.com/sp?ie=UTF8&seller=AY6X1U41NIIGX&asin=B0BVMDQTQL&ref_=dp_merchant_link |
| 177 | https://www.amazon.com/sp?ie=UTF8&seller=A2EZNYAUS5WAIO&asin=B0C16CWD7L&ref_=dp_merchant_link |

# Schedule A

| | |
|---|---|
| 178 | https://www.amazon.com/sp?ie=UTF8&seller=A126GKZT929XHN&asin=B0BQBV5QS8&ref_=dp_merchant_link |
| 179 | https://www.amazon.com/sp?ie=UTF8&seller=AQG0XQ6EISK5G&asin=B0C1NKSHNJ&ref_=dp_merchant_link |
| 180 | https://www.amazon.com/sp?ie=UTF8&seller=AVJIKJR4IAP7J&asin=B0BG5JJ8WC&ref_=dp_merchant_link |
| 181 | https://www.amazon.com/sp?ie=UTF8&seller=A1KYNM4C5OW1D6&asin=B0BRY8Y68Q&ref_=dp_merchant_link |
| 182 | https://www.amazon.com/sp?ie=UTF8&seller=A2RA4WXHLG4XGJ&asin=B0CBS42M4J&ref_=dp_merchant_link |
| 183 | https://www.amazon.com/sp?ie=UTF8&seller=A2Y1VP9MYKTC35&asin=B0C1KXZBNJ&ref_=dp_merchant_link |
| 184 | https://www.amazon.com/sp?ie=UTF8&seller=A3BPEPYC4GL185&asin=B0B76SL9JD&ref_=dp_merchant_link |
| 185 | https://www.amazon.com/sp?ie=UTF8&seller=A2P5PMV4ZPFV0Y&asin=B098XCGWJZ&ref_=dp_merchant_link |
| 186 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A1132HEEV3WFJ5&asin=B098JSF7WV&ref_=dp_merchant_link |
| 187 | https://www.amazon.com/sp?ie=UTF8&seller=A16Y712GVDZUPG&asin=B0BMKS15N2&ref_=dp_merchant_link |
| 188 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A9MT9WGG5NJT1&asin=B0CF2CP55Y&ref_=dp_merchant_link |
| 189 | https://www.amazon.com/sp?ie=UTF8&seller=A24IE18WQE2DWK&asin=B0BVZX1X6F&ref_=dp_merchant_link |
| 190 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A7XXVO8JL455O&sshmPath= |
| 191 | https://www.amazon.com/sp?ie=UTF8&seller=A28U1DCV2WXEVH&asin=B07CXM185Y&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 192 | https://www.amazon.com/sp?ie=UTF8&seller=A37JKMAPBXGD3N&asin=B0BR2B1393&ref_=dp_merchant_link |
| 193 | https://www.amazon.com/sp?ie=UTF8&seller=A322RGOXRXERV6&asin=B0BB7JQ56Y&ref_=dp_merchant_link |
| 194 | https://www.amazon.com/sp?ie=UTF8&seller=A2GALAHL83SZ3&asin=B0BYQJ4FRW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 195 | https://www.amazon.com/sp?ie=UTF8&seller=A34UJZ1ON0IE77&asin=B0CRDVDHS9&ref_=dp_merchant_link |
| 196 | https://www.amazon.com/sp?ie=UTF8&seller=A1A7WQ89AGUMFZ&asin=B0BV2RSS2S&ref_=dp_merchant_link |
| 197 | https://www.amazon.com/sp?ie=UTF8&seller=A3I5S04XZVS4E3&asin=B092J71M |

# Schedule A

| | | |
|---|---|---|
| | | FL&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| | 198 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3AB1SAY0QFVT6&sshmPath= |
| | 199 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A2XZDOMQOK0DRH&asin=B0CG1V2YVG&ref_=dp_merchant_link |
| | 200 | https://www.amazon.com/sp?ie=UTF8&seller=A3N07WU93QV3PS&asin=B0C1V3LGJC&ref_=dp_merchant_link |
| | 201 | https://www.amazon.com/sp?ie=UTF8&seller=A17O1J4BA3WWIE&asin=B0CNGFYTXN&ref_=dp_merchant_link |
| | 202 | https://www.amazon.com/sp?ie=UTF8&seller=A3S3JYJSY5JCS9&asin=B0CGT9T6BZ&ref_=dp_merchant_link |
| | 203 | https://www.amazon.com/sp?ie=UTF8&seller=A3K2LJHTZ1RCFC&asin=B0B8CRRHJ9&ref_=dp_merchant_link |
| | 204 | https://www.amazon.com/sp?ie=UTF8&seller=A2JX1O43QF1NPD&asin=B0B8VRMPX5&ref_=dp_merchant_link |
| | 205 | https://www.amazon.com/sp?ie=UTF8&seller=A3EMSP3XGE7Q7O&asin=B0BN7LV3BZ&ref_=dp_merchant_link |
| | 206 | https://www.amazon.com/sp?ie=UTF8&seller=A35CK2FYP0V401&asin=B092J57TX2&ref_=dp_merchant_link |
| | 207 | https://www.amazon.com/sp?ie=UTF8&seller=A9AAH260RLRYL&asin=B08TRQDN12&ref_=dp_merchant_link |
| | 208 | https://www.amazon.com/sp?ie=UTF8&seller=AKHNO1ID94AT8&asin=B081PS1VXW&ref_=dp_merchant_link |
| | 209 | https://www.amazon.com/sp?ie=UTF8&seller=AA7TZEZV0KVA9&asin=B09877LJW3&ref_=dp_merchant_link |
| | 210 | https://www.amazon.com/sp?ie=UTF8&seller=A27JOP422LUPNE&asin=B0B38XWQV6&ref_=dp_merchant_link |
| | 211 | https://www.amazon.com/sp?ie=UTF8&seller=ASDDWXYON29FY&asin=B0CSYXLL2B&ref_=dp_merchant_link |
| | 212 | https://www.amazon.com/sp?ie=UTF8&seller=A705PUF1UI4X9&asin=B0C1SSK1WL&ref_=dp_merchant_link |
| | 213 | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3M2BAHRB1Y1IN&sshmPath= |
| | 214 | https://www.amazon.com/sp?ie=UTF8&seller=A3H6KKQL2GRPI8&asin=B0946DKMTZ&ref_=dp_merchant_link |
| | 215 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=AJGWI2PP41X3Q&asin=B0CHJVDXKW&ref_=dp_merchant_link |
| | 216 | https://www.amazon.com/sp?ie=UTF8&seller=A1GIOQTOODVB5N&asin=B0CCN |

# Schedule A

| | |
|---|---|
| | 8QDC5&ref_=dp_merchant_link |
| 217 | https://www.amazon.com/sp?ie=UTF8&seller=A3POQ07AFCF8BS&asin=B0BNJDPHSC&ref_=dp_merchant_link |
| 218 | https://www.amazon.com/sp?ie=UTF8&seller=A37X304WG5KLER&asin=B0C2716DNL&ref_=dp_merchant_link |
| 219 | https://www.amazon.com/sp?ie=UTF8&seller=A1LJ1RKXAPR1U5&asin=B0BLNGD6QJ&ref_=dp_merchant_link |
| 220 | https://www.amazon.com/sp?ie=UTF8&seller=A3I25AZ7KBKMDK&asin=B0BC3YZ4D4&ref_=dp_merchant_link |
| 221 | https://www.amazon.com/sp?ie=UTF8&seller=AKAYOMM5KNUA&asin=B09TDF2RTT&ref_=dp_merchant_link |
| 222 | https://www.amazon.com/sp?ie=UTF8&seller=A33GAETBWBP5OP&asin=B0BM8LCWPX&ref_=dp_merchant_link |
| 223 | https://www.amazon.com/sp?ie=UTF8&seller=A1RWY2TLMJ25A7&asin=B0BC1LNDWJ&ref_=dp_merchant_link |
| 224 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3MHOW02DFLQJ2&asin=B0BY8WV5WS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 225 | https://www.amazon.com/sp?ie=UTF8&seller=A1SUB7MVMZZ3W6&asin=B0BWHDMTVQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 226 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A3R6N961919EU4&asin=B0C61FJ78Q&ref_=dp_merchant_link |
| 227 | https://www.amazon.com/sp?ie=UTF8&seller=A3SEV1TW72D7MA&asin=B0BZCZY7R9&ref_=dp_merchant_link |
| 228 | https://www.amazon.com/sp?ie=UTF8&seller=A3606S79PFD1Q0&asin=B0CQ8LQTMQ&ref_=dp_merchant_link |
| 229 | https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&seller=A4GZP3CHMR110&asin=B09TGZ5KY1&ref_=dp_merchant_link |
| 230 | https://www.amazon.com/sp?ie=UTF8&seller=A2AXHAM8R6LOGL&asin=B0CPMYG8VX&ref_=dp_merchant_link |
| 231 | https://www.amazon.com/sp?ie=UTF8&seller=A3N0WZV3UHUDIY&asin=B0BG81L7M2&ref_=dp_merchant_link |
| 232 | https://www.amazon.com/sp?ie=UTF8&seller=AFCGP2RO32S4O&asin=B0C1BS3H7D&ref_=dp_merchant_link |
| 233 | https://www.amazon.com/sp?ie=UTF8&seller=A3LL6SSPDYTVMQ&asin=B0BRT6HYNY&ref_=dp_merchant_link |
| 234 | https://www.amazon.com/sp?ie=UTF8&seller=A3SX1FMB49ZS46&asin=B0BHYP4FK8&ref_=dp_merchant_link |
| 235 | https://www.walmart.com/seller/101581822 |
| 236 | https://www.walmart.com/seller/101274350 |

# Schedule A

| | |
|---|---|
| 237 | https://www.walmart.com/seller/101120993 |
| 238 | https://www.walmart.com/seller/101300989 |
| 239 | https://www.walmart.com/seller/101194738 |
| 240 | https://www.walmart.com/seller/101098817 |
| 241 | https://www.walmart.com/seller/101576223 |
| 242 | https://www.walmart.com/seller/101227195 |
| 243 | https://www.walmart.com/seller/101177853 |
| 244 | https://www.walmart.com/seller/101088422 |
| 245 | https://www.walmart.com/seller/101176923 |
| 246 | https://www.walmart.com/seller/101177870 |
| 247 | https://www.walmart.com/seller/101113427 |
| 248 | https://www.walmart.com/seller/101366930 |
| 249 | https://www.walmart.com/seller/101084447 |
| 250 | https://www.walmart.com/seller/101274436 |
| 251 | https://www.walmart.com/seller/101137116 |
| 252 | https://www.walmart.com/seller/101344081 |
| 253 | https://www.walmart.com/seller/101259944 |