UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grumpy Cat Limited<br><br>　　　　　Plaintiffs,<br><br> v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto,et al.<br>　　　　　Defendants. | **CASE NO.** 1:24-cv-02317<br><br>**Judge:** Honorable Martha M. Pacold |

**MOTION FOR EXTENSION OF TIME**

Defendant 2reasons ("Defendant") respectfully requests a fourteen-day extension of time to respond to Plaintiff's motion for Preliminary Injunction [37]. Our firm has recently been retained by the Defendant and needs time to familiarize ourselves with the case, investigate the facts, and review previous filings. This motion is not brought for the purpose of harassment or delay, and no party will suffer prejudice from its granting. Defendant's counsel has consulted with Plaintiff's Counsel regarding the relief sought in this motion. Plaintiff's counsel has not responded as of yet.

WHEREFORE, Defendant hereby respectfully move this Court to grant their motion for an extension of time.

Date: April 30, 2024

/s/ Tianyu Ju
Tianyu Ju, Esq.
GLACIER LAW LLP
251 S Lake Ave, Suite 910
Pasadena, CA 91101
iris.ju@glacier.law
312-499-2666
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this April 30, 2024, I electronically filed the foregoing file with the Clerk of Court using the CM/ECF system, and service was perfected on all counsel of record and interested parties through this system, which will deliver a true and correct copy of the foregoing documents via CM/ECF.

                                                        /s/ Tianyu Ju
                                                        Tianyu Ju, Esq.